*Marrero*

Jeffrey S. Dubin (JD-0446)
Attorney for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX
dubinjs@cs.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE
LOCAL 272 WELFARE FUND,

                      Plaintiffs,

-against-

Rapid Park Industries,

                      Defendant.

-------------------------------------------X

Civil Action No.
**08cv4819 (VM)(KNF)**

VOLUNTARY
DISMISSAL
and ORDER

    IT IS HEREBY STIPULATED by the undersigned that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above action is dismissed without prejudice and without costs to either party, defendant not having answered. I hereby consent to the entry of this proposed order.

Dated: June 17, 2008

                                            Jeffrey S. Dubin (JD-0446)
                                            Attorney for Plaintiffs

SO ORDERED:
_____
      Victor Marrero
United States District Judge
Date 18 June 2008

SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

SO ORDERED,
6-18-08
Date                     Victor Marrero, U.S.D.J.